1  STEVEN W. PITE (CA SBN 157537)
   DAVID E. McALLISTER (CA SBN 185831)
2  GABRIEL OZEL (CA SBN 269098)
   PITE DUNCAN, LLP
3  4375 Jutland Drive, Suite 200
   P.O. Box 17933
4  San Diego, CA 92177-0933
   Telephone: (858) 750-7600
5  Facsimile: (619) 590-1385

6  Attorneys for GMAC MORTGAGE, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re | Case No. 2:10-BK-12071-VK |
|---|---|
| DANNY ACOSTA AND ANA E. ACOSTA, | Chapter 13 |
| Debtor(s). | STIPULATION RE: AVOIDANCE OF LIEN |

This Stipulation is entered into by and between Danny Acosta and Ana E. Acosta (hereinafter referred to as "Debtors"), by and through their attorney of record, Kevin T. Simon; and GMAC Mortgage, LLC (hereinafter referred to as "Creditor"), by and through its attorney of record Pite Duncan, LLP.

## RECITALS

A.  Debtors are the makers of a Note in favor of Creditor dated June 14, 2005, in the original principal amount of $100,000.00 ("Note"), which is secured by a Second Deed of Trust encumbering the real property at 29201 N. Las Terreno Ln, Santa Clarita, California 91354 (the "Subject Property"). The Subject Property is more fully described as A PARCEL OF LAND SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF LOS ANGELES, WITH A STREET LOCATION ADDRESS OF 29201 LAS TERRENO LN; VALENCIA, CA 91354-1546 CURRENTLY OWNED BY DANNY ACOSTA AND ANA E. ACOSTA HAVING A TAX IDENTIFICATION NUMBER OF 3244-183-028 AND BEING THE SAME PROPERTY MORE FULLY DESCRIBED IN BOOK/PAGE OR DOCUMENT NUMBER 181520 DATED 10/15/2003

1  AND FURTHER DESCRIBED AS TR=51644-08 LOT 56.

2      B.    On or about January 20, 2010, Debtors filed a voluntary petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court – Los Angeles Division, and were assigned Case No. 2:10-bk-12071-VK.

    C.    On or about February 3, 2010, Debtors filed a Chapter 13 Plan praying that the court find Creditor's Second Deed of Trust encumbering the Subject Property be avoided and that its claim be paid as an unsecured.

**FOR PURPOSES OF THE DEBTORS CHAPTER 13 PLAN ONLY THE PARTIES HEREBY STIPULATE AND AGREE TO AN ORDER AS FOLLOWS:**

1. Creditor's claim shall be allowed as a non-priority general unsecured claim in the amount of $100,461.76. Creditor shall file an amended Proof of Claim listing its claim as unsecured to be paid in accordance with the Debtors' Plan;

2. The avoidance of Creditor's Second Deed of Trust is contingent upon the Debtors' completion of their Chapter 13 plan and the Debtors' receipt of a Chapter 13 discharge.

3. Upon receipt of the Debtors' Chapter 13 discharge and completion of their Chapter 13 Plan, this Judgment may be recorded by the Debtors with the Los Angeles County Recorder's Office;

4. Creditor shall retain its lien for the full amount due under the Subject Loan in the event of either the dismissal of the Debtors' Chapter 13 case or the conversion of the Debtors' Chapter 13 case to any other Chapter under the United States Bankruptcy Code;

5. In the event that the holder of the first lien on the Subject Property forecloses on its security interest and extinguishes Creditor's Second Deed of Trust prior to the Debtors' completion of their Chapter 13 Plan and receipt of a Chapter 13 discharge, Creditor's lien shall attach to the surplus proceeds of the foreclosure sale for the full amount of the Subject Loan balance at the time of the sale; and

/././
/././
/././
/././

6. Each party shall bear their own attorneys' fees and costs incurred in the present stipulation in bankruptcy case number 2:10-bk-12071-VK.

IT IS SO STIPULATED:

Dated: 4/21/10

By: _____
KEVIN T. SIMON
Attorney for Debtor(s)

PITE DUNCAN, LLP

Dated: 4/23/2010

By: _____
GABRIEL OZEL
Attorney for GMAC Mortgage, LLC

- 3 -

# PROOF OF SERVICE OF ORDER

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

The foregoing document described STIPULATION RE: AVOIDANCE OF LIEN will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 26, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On April 26, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

| | |
|---|---|
| Honorable Victoria S. Kaufman<br>U.S. Bankruptcy Court<br>255 East Temple Street, Suite 1682<br>Los Angeles, CA 90012-3332 | Nancy K Curry<br>606 South Olive Street, Suite 950<br>Los Angeles, CA 90014 |
| Kevin T. Simon<br>Simon & Resnik LLP<br>15233 Ventura Blvd Ste 300<br>Sherman Oaks, CA 91403 | Danny Acosta<br>Ana E. Acosta<br>29201 North Las Terreno Lane<br>Valencia, CA 91354 |

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 26, 2010 | Michael W. Leewright | /s/ Michael W. Leewright |
|---|---|---|
| *Date* | *Type Name* | *Signature* |